IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| MICHAEL BOGDAN | * | |
| INNER CITY MANAGEMENT, LLC | * | |
| Debtors | * | Civil No: AMD 04-438 |
| SEAN C. LOGAN, CHAPTER 7 TRUSTEE | * | |
| Appellant | * | Appeal from the United States Bankruptcy Court |
| v. | * | Case No: 00-6-0732-JS (Adversary Pro. No. 03-5070) |
| JKV REAL ESTATE SERVICES, INC., et al. | * | |
| Appellees | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

APPELLANT'S DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL

Sean C. Logan, Chapter 7 Trustee in the bankruptcy cases of Michael Bogdan a/k/a, Andrew Michael Bogdan, Jr., and Inner City Management, LLC, Appellant, by his undersigned attorneys, pursuant to Fed.R.App.P. 6 and Fed.R.Bankr.P. 8006, files the Appellant's Designation of Items to be Included in the Record on Appeal, as follows:

| Date | District Ct. Docket No. | Description |
|---|---|---|
| 2/19/04 | 1 | Notice of Appeal from Bankruptcy Court, consisting of certified copy of docket entries and copies of pleading numbers 1, 2, 3, 4, 5, 7, 8, 9, 12, 14, 15, 16, 18, 19, 20, 21, 23, 25 |
| 3/5/04 | 4 | Appellant's Brief |
| 3/22/04 | 5 | Appellee's Brief filed by JKV Real Estate Services and John K. Voyatzis |
| 3/22/04 | 6 | Appellee's Brief filed by Stewart Title Guaranty Company |
| 3/22/04 | 7 | Appellee's Brief filed by Fidelity National Title Insurance |

| Date | District Ct. Docket No. | Description |
|---|---|---|
| 4/1/04 | 8 | Appellant's Reply Brief |
| 5/5/04 | 9 | Memorandum Opinion by Judge Andre M. Davis |
| 5/5/04 | 10 | Order Affirming the Order of the Bankruptcy Court |
| 5/14/04 | 11 | Notice of Appeal filed by Sean C. Logan, Appellant |

As the District Court entered its Order of May 5, 2004 without a hearing, there is no transcript to order for this appeal.

s/ Douglas B. Riley
Douglas B. Riley, 01220
Rosenberg | Martin | Funk | Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland  21201
(410) 727-6600

Attorneys for Appellant, Sean C. Logan

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May 2004, the Appellant's Designation of Items to Be Included in Record on Appeal (the "Designation") and the notice of electronic filing were sent electronically to:

>Richard L. Costella, Esquire
>rcostell@milesstockbridge.com
>Attorney for Stewart Title Guaranty Company
>
>Robert L. Ferguson, Esquire
>rferguson@fsb-law.com
>Attorney for John K. Voyatzis and JKV Real Estate Services
>
>Brian C. Parker, Esquire
>Parker@pdklaw.com
>Attorney for Fidelity National Title Insurance Company

and a copy of the Designation was mailed, first class, postgage prepaid, to:

>Mr. Michael Bogdan
>813 Pine Creek Way
>Abingdon, Maryland  21009
>Debtor
>
>Inner City Management, LLC
>813 Pine Creek Way
>Abingdon, Maryland  21009
>Debtor
>
>Sean C. Logan, Chapter 7 Trustee
>Logan Russack, LLP
>2530 Riva Road, Suite 308
>Annapolis, Maryland  21401
>
>Office of the U.S. Trustee
>Marsh & McLennan Building
>300 West Pratt Street, Suite 350
>Baltimore, Maryland  21201

>s/ Douglas B. Riley
>Douglas B. Riley